UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RUSSELL J. YOUNG,

    Plaintiff,

  v.

SUSAN L. BAUR, *et al.*,

    Defendants.

Case No. C05-5565RBL

ORDER ON MOTIONS FOR CLARIFICATION

This Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B). Plaintiff has not yet been granted *in forma pauperis* status and an order to show cause is pending. (Dkt., # 13). There are two motions in the file which the court will consider while the *in forma pauperis* issue is pending.

On October 28th, 2005 a motion for clarification was filed with an incorrect cause number. That motion was filed by ANDRE BRIGHAM YOUNG. (Dkt. # 8). Andre Brigham Young is not a plaintiff in this action and this pleading appears to be intended for a different case. The pleading will not be considered in this action.

The second motion is a motion for clarification filed by the plaintiff in this action. (Dkt. # 12). Plaintiff asks for clarification that defendant Baur will not represent defendant Miller. (Dkt. #

ORDER

1 | 12).

2 |     Normally a court will not consider motions until preliminary issues such as the plaintiff's
3 | filing status are concluded.  The motion for clarification does not raise either a legal or factual issue
4 | for determination by this court and is therefore **DENIED.**

5 |     The clerk is directed to send a copy of this order to the Plaintiff and remove docket entries 8
6 | and 12 from the court's calendar.

9 | DATED this 1st day of February, 2006.

Karen L. Strombom
United States Magistrate Judge

28 | ORDER