UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RUSSELL J. YOUNG,

    Plaintiff,

v.

SUSAN I. BAUR, *et al.*,

    Defendants.

Case No. C05-5565 RBL/KLS

ORDER RE-NOTING MOTIONS AND DIRECTING RESPONSE TO PLAINTIFF'S MOTION TO DISMISS

    This civil rights action has been referred to United States Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1) and Local MJR 3 and 4. Presently pending before the Court is the motion of Defendant Susan Baur for summary judgment (Dkt. # 54) and the motion to dismiss of Plaintiff Young (Dkt. # 59). Both are noted for October 27, 2006. Neither party has responded to the other's motion. Prior to considering Defendant Baur's summary judgment motion on the merits, the Court will take up the Plaintiff's motion to dismiss and Defendant Baur is directed to file a response to that motion within ten days of the date of this Order.

    Accordingly, the Clerk is directed to re-note Plaintiff's motion to dismiss (Dkt. # 59) for **November 17, 2006** and Defendant Baur's motion for summary judgment (Dkt. # 54) for **December 1, 2006.**

    DATED this  2nd  day of November, 2006.

Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 1