UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RUSSELL J. YOUNG,

    Plaintiff,

    v.

SUSAN I. BAUR, *et al.*,

    Defendants.

Case No. C05-5565 RBL/KLS

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Defendant Angela Miller's motion to dismiss Plaintiff's claims and for summary judgment on her counterclaim (Dkt. # 44) is **GRANTED**;

(3) Plaintiff's claims against Defendant Angela Miller are **DISMISSED WITH PREJUDICE**;

(4) Judgment shall be entered against Plaintiff Russell J. Young in favor of Angela Miller in the sum of Ten Thousand Dollars ($10,000.00);

ORDER - 1

(5)  An award of attorney fees and costs shall be entered against Russell J. Young in favor of Angela Miller in a sum to be established by further Order of this Court; Defendant Angela Miller may submit a motion for the Court's consideration within thirty days of the date of this Order;

(6)  The Clerk is directed to send copies of this Order to plaintiff, counsel for defendants and to the Hon. Karen L. Strombom.

DATED this 6th day of November, 2006.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER - 2