UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RUSSELL J. YOUNG,

    Plaintiff,

    v.

SUSAN I. BAUR, *et al.*,

    Defendants.

Case No. C05-5565 RBL/KLS

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation;

    (2)    Plaintiff's motion to dismiss(Dkt. # 59) is **GRANTED**;

    (3)    Plaintiff's claims against Defendant Susan I. Baur are **DISMISSED WITH PREJUDICE**;

    (4)    Defendant Susan I. Baur's counterclaims against Plaintiff are **DISMISSED WITH PREJUDICE**; and

ORDER - 1

(5) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants and to the Hon. Karen L. Strombom.

DATED this 5th day of January, 2007.

/s/ Ronald B. Leighton
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER - 2